# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Wilma J. Bishop, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 11-1139-CV-W-JTM |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **O R D E R**

On Wednesday, November 28, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed March 23, 2012, [Doc. 5] and the *Brief For Defendant*, filed June 5, 2012, [Doc. 8], as well as the *Plaintiff's Reply Brief,* filed July 20, 2012 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                     */s/ John T. Maughmer*
                                                    JOHN T. MAUGHMER
                                                  U. S. MAGISTRATE JUDGE